**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Louis Montalto** | Social Security number or ITIN  **xxx–xx–1757** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–31834**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Louis Montalto

January 30, 2018                                    **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                  United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-31834-PSH
Mark Louis Montalto                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2            Date Rcvd: Jan 30, 2018
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Mark Louis Montalto,    5208 Ashwood Dr.,    Plainfield, IL 60586-7243
26133405        DuPage Medical Group,    15921 Collections Center Dr.,    Chicago, IL 60693-0159
26133407       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                 (address filed with court:  Illinois Department of Revenue,    Bankruptcy Unit,    Po Box 19035,
                 Springfield, IL 62794-9035)
26133408       #+Kluever & Platt LLC,    65 E. Wacker Pl.,    Suite 2300,   Chicago, IL 60601-7244
26133409        +North Shore Agency,    270 Spagnoli Rd.,    Suite 110,   Melville, NY 11747-3515
26133411        +The Cash Store - #335,    1701 N. Larkin Ave.,    Suite 901,   Crest Hill, IL 60403-1971
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJTAKADA.COM Jan 31 2018 00:54:00      Joji Takada,    Takada Law Office, LLC,
                 6336 North Cicero Avenue,    Suite 201,    Chicago, IL 60646-4448
26133400       +EDI: ALLIANCEONE.COM Jan 31 2018 00:53:00      AllianceOne Receivables Management, Inc.,
                 4850 Street Rd.,    Suite 300,   Feasterville Trevose, PA 19053-6643
26133401       +E-mail/Text: ACF-EBN@acf-inc.com Jan 31 2018 01:23:52      Atlantic Credit & Finance, Inc.,
                 Po Box 13386,    Roanoke, VA 24033-3386
26133403        EDI: CAPITALONE.COM Jan 31 2018 00:53:00      Capital One,    15000 Capital One Dr.,
                 Richmond, VA 23238
26133402       +EDI: CAPITALONE.COM Jan 31 2018 00:53:00      Capital One,    Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
26133404        EDI: IRS.COM Jan 31 2018 00:53:00      Department of the Treasury,    Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
26133406       +E-mail/Text: dleabankruptcy@hrblock.com Jan 31 2018 01:23:53      Emerald Financial Services,
                 Po Box 30040,    Tampa, FL 33630-3040
26133410       +E-mail/Text: jennifer.chacon@spservicing.com Jan 31 2018 01:27:35
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
26133412       +EDI: WFFC.COM Jan 31 2018 00:53:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
26133413       +EDI: WFFC.COM Jan 31 2018 00:53:00      Wells Fargo Dealer Services,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                                TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Joji Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Joseph S Davidson    on behalf of Debtor 1 Mark Louis Montalto jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross T Brand    on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust on
               behalf of the JPMAC 2006-CW1 Trust rbrand@klueverplatt.com,  bknotice@klueverplatt.com

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2018
                              Form ID: 318             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 4